| | |
|---|---|
| 1  Mark D. Kemple (State Bar No. 145219)<br>   JONES DAY<br>2  3 Park Plaza, Suite 1100<br>   Irvine, California 92614<br>3  Telephone: (949) 851-3939<br>   Facsimile: (949) 553-7539<br>4  Email:     mkemple@jonesday.com | FILED<br><br>2006 OCT 10  PM 3:09<br><br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br><br>BY _____ DEPUTY |

5  Michael J. Gray (pro hac vice)
   JONES DAY
6  77 West Wacker Drive
   Chicago, Illinois 60601-1692
7  Telephone: (312) 782-3939
   Facsimile: (312) 782-8585
8  Email:     mjgray@jonesday.com

9  Attorneys for Defendant
   BOSTON MARKET CORPORATION
10

11                    **UNITED STATES DISTRICT COURT**

12                    **SOUTHERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| JACLYN RIPPEE, an individual on behalf of herself and in a representative capacity for all others similarly situated,<br><br>Plaintiffs,<br>v.<br>BOSTON MARKET CORPORATION,<br>Defendants. | Case No. 05-CV-1359-BTM (JMA)<br><br>[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date:       October 5, 2006<br>Time:       11:30 a.m.<br>Judge:      Barry T. Moskowitz<br>Courtroom:  15 |
| GERALDINE BARILE, an individual, and ALFREDO PONCE, an individual and behalf of themselves and in a Representative capacity for all others similarly situated,<br><br>Plaintiffs,<br>v.<br>BOSTON MARKET CORPORATION,<br>Defendants. | Case No. 05 CV 1360 BTM (JMA)<br><br>[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date:       October 5, 2006<br>Time:       11:30 a.m.<br>Judge:      Barry T. Moskowitz<br>Courtroom:  15 |

LAI-2261699v1

1  The Parties' Motion for Final Approval of Class Action Settlement came on
2  regularly for hearing before this Court on October 5, 2006 at 11:30 a.m. in
3  Courtroom 15, 5th Floor, of the United States District Court for the Southern
4  District of California, before the Honorable Barry T. Moskowitz, pursuant to the
5  Orders of the Court dated June 22, 2006 and after due and adequate notice having
6  been given to the Settlement Class and the appropriate Federal and State officials as
7  required in that Order. L. Tracee Lorens of Lorens & Associates and Raul Cadena
8  of Cadena Churchill appeared on behalf of the Plaintiffs. Michael J. Gray and
9  Mark D. Kemple of Jones Day appeared on behalf of Defendant.
10 After full consideration of the pleadings and evidence submitted, proof being
11 made to the satisfaction of this Court and good cause appearing therefore, and for
12 the reasons that may be set forth in a Memorandum Decision to be filed by the
13 Court,
14 IT IS HEREBY ORDERED THAT:
15 1. This Court has jurisdiction over the subject matter of the above-
16 captioned litigations and over all parties to these litigations, including all members
17 of the Settlement Class.
18 2. This Court hereby incorporates by reference the definitions of the
19 Settlement Agreement, dated March 20, 2006, and filed in this matter on June 7,
20 2006, as though fully set forth herein, and all terms used herein shall have the same
21 meaning as set forth in the Settlement Agreement.
22 3. The Court hereby approves the Settlement set forth in the Settlement
23 Agreement as fair, just, reasonable, and adequate to the Settlement Class Members.
24 4. Upon the effective date as set out in the Settlement Agreement (i.e.,
25 thirty (30) days after Final Approval of the Settlement), the Settlement Class, in this
26 action and all members of the Class who have not submitted a valid and timely
27 request for exclusion from the Settlement Class, shall be deemed to have
28 conclusively, fully, and completely released and discharged Released Parties from

LAI-2261690v1

- 2 -

1  all <u>Barile</u> Released Claims. Additionally, upon the effective date as set out in the
2  Settlement Agreement (i.e., thirty (30) days after Final Approval of the Settlement),
3  the Settlement Class, in this action and all members of the Class who have not
4  submitted a valid and timely request for exclusion from the Settlement Class, shall
5  be deemed to have conclusively, fully, and completely released and discharged
6  Released Parties from all <u>Rippee</u> Released Claims.

7      5.    The Court hereby awards One Million Five Hundred Thousand Dollars
8  ($1,500,000.00) in attorneys' fees and Fifteen Thousand Dollars ($15,000.00) in
9  reasonable and necessary costs and expenses incurred in the above-captioned
10 litigations. To be clear, this is the total fee and cost award collectively for both
11 litigations. The Court also awards enhancement payments to the Class
12 Representatives, as follows:

13     a.    Geraldine Barile:    Twenty Thousand Dollars ($20,000.00)
14     b.    Alfredo Ponce:    Five Thousand Dollars ($5,000.00)
15     c.    Jaclyn Rippee:    Five Thousand Dollars ($5,000.00)

16     6.    Payments are to be made to all Class Members who made timely, valid
17 claims as provided for in the Settlement Agreement. In addition to those wages,
18 penalties, and interest set forth in the Settlement Agreement, Defendant will pay
19 additional interest on wages and/or penalties at the rate of ten percent (10%) for the
20 period of July 31, 2006 through November 5, 2006 to Class Members who made
21 timely, valid claims.

22     7.    The above-entitled actions shall be dismissed with prejudice on the
23 date that this Order for Final Approval is signed by the Court. However, the Court
24 will retain jurisdiction for purposes of enforcing the terms of the Settlement
25 ///
26 ///
27 ///
28

LAI-2261699v1

1  Agreement and ensuring payment to the Class, Class Counsel, and the Class
2  Representatives, as more fully set forth in the Settlement Agreement.
3  　　　　IT IS SO ORDERED, ADJUDGED, AND DECREED.
4
5  Dated: October 11, 2006　　　　/s/ Barry T. Moskowitz
6  　　　　　　　　　　　　　　　　Honorable Barry T. Moskowitz
7  　　　　　　　　　　　　　　　　Judge of the United States District Court,
8  　　　　　　　　　　　　　　　　Southern District of California

9  APPROVED AS TO FORM AND CONTENT:
10
11  Dated: October 2, 2006　　　　　LORENS & ASSOCIATES, APLC
12
13  　　　　　　　　　　　　　　　　By:_____
14  　　　　　　　　　　　　　　　　　　L. Tracee Lorens
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
15  Dated: October 2, 2006　　　　　CADENA CHURCHILL, LLP
16
17
18  　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Raul Cadena
19  　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
20  Dated: October 2, 2006　　　　　JONES DAY
21
22  　　　　　　　　　　　　　　　　By: /s/ Mark D. Kemple
23  　　　　　　　　　　　　　　　　　　Mark D. Kemple
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
24
25
26
27
28

LAI-2261699v1

- 4 -

Agreement and ensuring payment to the Class, Class Counsel, and the Class Representatives, as more fully set forth in the Settlement Agreement.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: _____

_____
Honorable Barry T. Moskowitz
Judge of the United States District Court,
Southern District of California

APPROVED AS TO FORM AND CONTENT:

Dated: October 2, 2006            LORENS & ASSOCIATES, APLC

By: /s/ L. Tracee Lorens
L. Tracee Lorens
Attorneys for Plaintiffs

Dated: October 2, 2006            CADENA CHURCHILL, LLP

By: /s/ Raul Cadena
Raul Cadena
Attorneys for Plaintiffs

Dated: October 2, 2006            JONES DAY

By:_____
Mark D. Kemple
Attorneys for Defendant

LAI-2261699v1

- 4 -